STATE OF NEW JERSEY v. TIMOTHY SEARLES.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MARY LOU WATT.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LESTER REILLY.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY CARUSO.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER S. NERWINSKI.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CLYDE DOUGLAS.

September 23, 1976. Petition for certification denied.